**Order entered April 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00068-CV

**STEVEN SPIRITAS, INDIVIDUALLY AND AS TRUSTEE OF
THE SPIRITAS SF 1999 TRUST, ET AL., Appellants**

**V.**

**SUSAN DAVIDOFF, INDIVIDUALLY AND AS TRUSTEE OF
THE SPIRITAS SC 1999 TRUST, Appellee**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-08326**

## ORDER

We **GRANT** appellants' April 22, 2014 unopposed motion for an extension of time to

file a reply brief.  Appellants shall file their reply brief on or before May 9, 2014.


/s/     ADA BROWN
          JUSTICE